UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAKE ADER, | ) |
|       Plaintiff, | ) |
|       v. | ) No. 19 C 4048 |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | ) Judge Gettleman |
|       Defendants. | ) |

## **ANSWER**

The United States Department of Justice and the Federal Bureau of Investigation, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, for their answer to the complaint, state as follows:

1. **Complaint:** Plaintiff JAKE ADER files this Freedom of Information Act suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to produce its records related to Jon Burge. In violation of the statutory requirement that the records be produced "promptly," FBI has indicated that it will not produce the requested records until December 2020.

    **Response:** Admit that plaintiff brings this suit under the FOIA to force the FBI to produce records related to Jon Burge. Defendants lack knowledge or information sufficient to form a belief about the truth of plaintiff's allegation that the FBI has indicated that it will not produce the requested records until December 2020; accordingly, this allegation is denied. Defendants deny the remaining allegations of paragraph 1.

2. **Complaint:** Plaintiff ADER resides in this judicial district and made the FOIA request at issue in this case.

**Response:** Admit that Ader made the FOIA request at issue in this case. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 2; accordingly, they are denied.

3. **Complaint:** Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552, and a component of DOJ.

**Response:** Admit.

4. **Complaint:** Defendant DEPARTMENT OF JUSTICE is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

**Response:** Admit.

5. **Complaint:** This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

**Response:** Admit that this case is brought under 5 U.S.C. § 552(a)(6)(c)(i) but deny the remaining allegations of paragraph 5. District courts have jurisdiction to consider FOIA cases pursuant to the Act's specific grant of jurisdiction, 5 U.S.C. § 552(a)(4)(B).

6. **Complaint:** Venue is proper under 5 U.S.C. § 552(a)(4)(B) because ADER resides in this judicial district.

**Response:** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 6; accordingly, they are denied.

7. **Complaint:** On September 20, 2018, ADER requested that the FBI produce "all documents mentioning Jon Burge (1947-2018), former Chicago Police detective, whose death was widely reported in the media." A true and correct copy of the request is attached as Exhibit A.

**Response:** Admit.

8. **Complaint:** Burge was responsible for the widespread torture of suspects but was ultimately charged and convicted only of obstruction of justice and perjury.

**Response:** Admit that Jon Burge participated in and was aware that detectives he was supervising participated in torture and physical abuse of a person being questioned on numerous occasions, and that Burge was charged and convicted of obstruction of justice and

perjury. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 8; accordingly, they are denied.

9. **Complaint:** On September 28, 2018, the FBI acknowledged receipt of the request and assigned FOIPA Request Number 1417740-000 to the matter and claimed that "unusual circumstances" applied to the processing of the request, including the need to "search for, collect and examine a voluminous amount of separate and distinct records" and a need for consultation with other agencies. A true and correct copy of the acknowledgement is attached as Exhibit B.

**Response:** Admit that by letter dated September 28, 2018, the FBI acknowledged receipt of the request and assigned the request FOIPA Request Number 1417740-000. Admit that by a second letter also dated September 28, 2018, the FBI stated that "unusual circumstances" pertained to the processing of plaintiff's request and that those circumstances could include the need to "search for, collect and examine a voluminous amount of separate and distinct records" and/or the need for consultation with other agencies. Admit that copies of both September 28, 2018 letters are attached as Exhibit B. Defendants deny the remaining allegations of paragraph 9.

10. **Complaint:** On October 11, 2018, the FBI notified ADER that it had located 5,062 pages of potentially responsive records and required payment of $160.00 in fees. A true and correct copy of this correspondence is attached as Exhibit C.

**Response:** Admit that by letter dated October 11, 2018, the FBI notified plaintiff that it had located approximately 5,062 pages of potentially responsive records and estimated that if the records were released on CD, plaintiff would owe $160 in duplication fees. Admit that the October 11, 2018 letter is attached as Exhibit C. Defendants deny the remaining allegations of paragraph 10.

11. **Complaint:** On November 5, 2018, ADER sent a check in the amount of $160.00 payable to the FBI and requested the 5,062 pages of records be released on CD to him. A true and correct copy of this correspondence is attached as Exhibit D.

**Response:** Admit that on November 5, 2018, plaintiff sent the FBI a check in the amount of $160.00. Defendants deny the remaining allegations of paragraph 11.

12. **Complaint:** On November 8, 2018, the FBI notified ADER that it had "completed its search for records responsive to [his] request" and that the responsive records would be made available in the FBI's electronic FOIA Library on the FBI's public website and that ADER would receive notice when the records were available. A true and correct copy of this correspondence is attached as Exhibit E.

**Response:** Admit that on November 8, 2018, the FBI notified ADER that it had "completed its search for records responsive to [his] request" and that the responsive records would be made available in the FBI's electronic FOIA Library on the FBI's public website and that ADER would receive notice when the records were available. Deny that Exhibit E is a complete copy of this correspondence.

13. **Complaint:** FBI informed ADER in a voicemail message that the estimated completion date for release of these records is December 2020.

**Response:** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13; accordingly, they are denied.

14. **Complaint:** As of the date of this filing, the FBI has produced no responsive documents.

**Response:** Admit.

15. **Complaint:** The above paragraphs are incorporated herein.

**Response:** Defendants refer to and incorporate their responses to paragraphs 1-14.

16. **Complaint:** Defendant, FBI is an agency subject to FOIA.

**Response:** Admit.

17. **Complaint:** Plaintiff, ADER made a FOIA request to FBI on September 20, 2018.

**Response:** Admit.

18. **Complaint:** The records sought in ADER's FOIA request are non-exempt public records of FBI.

   **Response:** Deny.

19. **Complaint:** FBI has failed to produce the requested records promptly.

   **Response:** Deny.

WHEREFORE, the Federal Bureau of Investigation and United States Department of Justice request that the case be dismissed with costs, that judgment be entered in favor of defendants, and that the court award such further relief as may be appropriate.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Virginia O. Hancock
    VIRGINIA O. HANCOCK
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1998
    virginia.hancock@usdoj.gov